UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

Robert Kennedy and Winston Mechanical Group,

                Plaintiffs,        <u>ORDER</u>

      - against -

City of New York, et al.,        Civil Action No.
                                CV-05-246 (DGT)

                Defendants.
------------------------------------------------------------ x

TRAGER, J.

     On April 27, 2005, Magistrate Judge Arlene Rosario Lindsay issued a Report and Recommendation that the above-captioned matter be reassigned to a Magistrate Judge in the Brooklyn courthouse. No objection to this Report and Recommendation has been filed with the Court. Accordingly, the Court adopts in full the findings contained in the Report and Recommendation. The Clerk of Court is directed to assign a Magistrate Judge from the Brooklyn courthouse by random selection.

Dated:  Brooklyn, New York
          May  , 2005

                                       SO ORDERED:

                                       David G. Trager
                                       United States District Judge